**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00442-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALFRED HUDSON,

    Defendant.

---

**MINUTE ORDER**[1]

---

A Notice of Disposition has been filed with the court. The parties have requested permission to contact chambers to set a date for a change of plea. The request is reasonable and therefore, should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the request that the parties jointly contact chambers in order to set this matter for a change of plea is granted;

2. That on **September 5, 2012**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set this matter for a change of plea hearing; and

3. That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated: August 30, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.